defendant Arthur N. Bailey in his law practice or law partnership. (Appeal from order of Chautauqua Supreme Court — stay execution of judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ JUDITH A. KRAMER, Appellant, v EDWIN A. KRAMER, Also Known as E. ARNOLD KRAMER, Respondent. — Order unanimously affirmed, with costs (see *Gellman v Gellman,* 80 AD2d 735). (Appeal from order of Erie Supreme Court — discontinue divorce action.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY LATRAY, SR., Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted *(People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court — grand larceny, third degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ In the Matter of CITY SCHOOL DISTRICT OF THE CITY OF TONAWANDA, Appellant, v MARY VACANTI et al., Respondents. — Order unanimously affirmed, without costs (see *Board of Educ. v Barni,* 51 NY2d 894; *Matter of Acting Supt. of Schools of Liverpool Cent. School Dist. [United Liverpool Faculty Assn.],* 42 NY2d 509). (Appeal from order of Erie Supreme Court — arbitration.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ In the Matter of CITY SCHOOL DISTRICT OF THE CITY OF TONAWANDA, Appellant, v SUSAN J. HAMP et al., Respondents. — Order unanimously affirmed, without costs (see *Board of Educ. v Barni,* 51 NY2d 894; *Matter of Acting Supt. of Schools of Liverpool Cent. School Dist. [United Liverpool Faculty Assn.],* 42 NY2d 509). (Appeal from order of Erie Supreme Court — arbitration.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ In the Matter of CITY SCHOOL DISTRICT OF THE CITY OF TONAWANDA, Appellant, v ANNE M. MILLER et al., Respondents. — Order unanimously affirmed, without costs (see *Board of Educ. v Barni,* 51 NY2d 894; *Matter of Acting Supt. of Schools of Liverpool Cent. School Dist. [United Liverpool Faculty Assn.],* 42 NY2d 509). (Appeal from order of Erie Supreme Court — arbitration.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.

■ RICHARD F. SMITH, Respondent, v PHYLLIS B. SMITH, Appellant. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: In 1976 plaintiff obtained a conversion divorce from defendant after living apart from her for one year pursuant to a separation agreement. By the terms of that agreement defendant waived alimony but she was given exclusive possession of the marital home and defendant agreed to pay all taxes, mortgage expenses and carrying charges. In 1979 plaintiff instituted this proceeding seeking an "interpretation" that the payments required of him by the agreement should be reduced as each of his minor children reached majority. The court granted the application and also ordered that the wife's right to occupy the premises would terminate when the last child reached 18 and that the premises should then be sold. The agreement is unambiguous and requires no interpretation and the court's order improperly modified its terms (see *Matter of Boden v Boden,* 42 NY2d 210; *McMains v McMains,* 15 NY2d 283; *Raines v Raines,* 80 AD2d 721; and see, generally, 2 Foster & Freed, Law and the Family, § 26.8). The order is modified by striking the first four ordering